IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK GARGIULO & SON, INC. D/B/A GARGIULO PRODUCE,<br>    PLAINTIFF,<br>v.<br>TRIPLE A. SUPPLIES, INC. D/B/A PINNACLE DIETARY, AARON H. WEISS AND MEYER WEISS,<br>    DEFENDANTS. | NO: 23-CV-000635 |

## ORDER

AND NOW, this 20 day of July, 2023, after presentation and consideration of the foregoing Motion of Plaintiff for Default and for Entry of Judgment (the "Motion"), filed herein by the Plaintiff, Frank Gargiulo & Son, Inc. D/B/A Gargiulo Produce ("Plaintiff"), it is hereby:

**ORDERED** that the Motion (ECF No. 11) is **GRANTED**; and it is

**FURTHER ORDERED** that **Judgment by Default** is hereby entered against Defendants **Triple A. Supplies, Inc. D/B/A Pinnacle Dietary** for failure to answer the Complaint, and a judgment is entered against Defendants, in favor of Plaintiff, as follows:

| | |
|---|---|
| PACA Trust Invoices due and unpaid | $5,088.20 |
| Interest due and owing at 18.00% per annum through 06/02/2023 | $314.66 |
| **Total Amount Due** | **$5,402.86,** |

together with interest at 18.00% per annum to the date of judgment, plus interest from the date of judgment at the interest rate stated in the Note, reasonable attorneys' fees, and collection costs in the amount of $897.00; and it is

**FURTHER ORDERED** that the Request for a Temporary Restraining Order (ECF No. 4) is **DENIED AS MOOT.**

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE